IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

>    Diversity
>
>    Federal Question
>
>    The "Mass Action" provisions of the Class Action Fairness Act
>
>    ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)
>
>    Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/02/2025

Respectfully Submitted,

The ClaimBridge PLLC

/s/: _remur_

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation , MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Zimmer, Frank | 10/07/1951 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Zimmer, Catherine | | OH | Northern District of Ohio | | | | | Count XI |
| 3. | Zeigler, Brock | 08/28/1969 | NJ | District of New Jersey | No | Yes | No | Thyroid Disease | Counts I-XI |
| 4. | Yarborough III, Thomas | 06/27/1957 | DE | District of Delaware | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Xaviar, Francisco | 08/06/1966 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 6. | Withers, Alena N. | 10/20/1988 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 7. | Withers, Charles Jr. | | WA | Western District of Washington | | | | | Count XI |
| 8. | Wilson, Shareefah | 08/18/1966 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 9. | Williams, Ophelia | 01/21/1959 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 10. | Williams, Daisey B | 10/24/1968 | OH | Northern District of Ohio | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 11. | Wilcox, Alan | 02/20/1975 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 12. | Whisenhurt, Jimmy | 10/16/1964 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 13. | Whisenhurt, Glenda | | MO | Western District of Missouri | | | | | Count XI |
| 14. | Wells, Gary W. | 05/10/1963 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 15. | Wells, Ronda G. | | TX | Northern District of Texas | | | | | Count XI |
| 16. | Weaver, Robbin | 02/03/1966 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 17. | Watkins Jr., Dennis W. | 02/27/1963 | FL | Middle District of Florida | No | Yes | No | Testicular Cancer | Counts I-XI |
| 18. | Ware, James B. | 05/08/1955 | OK | Northern District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I-XI |
| 19. | Wade, Ronald D. | 07/07/1948 | MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 20. | Wade, Ruthy May | | MS | Southern District of Mississippi | | | | | Count XI |
| 21. | Vassallo, Renee J. | 11/23/1972 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 22. | Varisco, Farah K. | 09/03/1978 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 23. | Varisco, Wayne | | OH | Northern District of Ohio | | | | | Count XI |
| 24. | VanDinter, Adam P. | 10/15/1993 | CO | District of Colorado | No | Yes | No | Kidney Cancer | Counts I-XI |
| 25. | Underwood, Samuel B. | 01/17/1971 | MN | District of Minnesota | No | Yes | No | Kidney Cancer | Counts I-XI |
| 26. | Ugron, Sabrina P. | 08/04/1970 | VA | Western District of Virginia | No | Yes | No | Thyroid Disease, Pregnancy Induced Hypertension | Counts I-XI |
| 27. | Ugron, Sabrina Price | | VA | Western District of Virginia | | | | | Count XI |
| 28. | Turkezer, Allison L. | 07/09/1970 | CA | Eastern District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol, Thyroid Disease | Counts I-XI |
| 29. | Tucker, Ronald N. | 03/31/1946 | NM | District of New Mexico | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 30. | Enox, Lonna | | NM | District of New Mexico | | | | | Count XI |
| 31. | Trahan, Frank P. | 06/01/1957 | LA | Middle District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 32. | Trahan, Sharon B. | | LA | Middle District of Louisiana | | | | | Count XI |
| 33. | Torresosorio, Edward M. | 10/03/1981 | FL | Southern District of Florida | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 34. | Tolbert, Tomiko C. | 05/27/1982 | CA | Central District of California | No | Yes | No | High Cholesterol, Thyroid Disease, Lung Cancer | Counts I-XI |
| 35. | Thompson, Jeremy C. | 04/17/1977 | CA | Eastern District of California | | Yes | No | Testicular Cancer | Counts I-XI |
| 36. | Thomason, C G | 09/20/1953 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 37. | Thomason, Gladys | | LA | Western District of Louisiana | | | | | Count XI |
| 38. | Terhune, Mark E. | 02/13/1958 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 39. | Taylor, Darrick D. | 07/04/1985 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 40. | Sweet, Amber M. | 05/08/1992 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 41. | Sweatt Samuel W. | 05/22/1956 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 42. | Sullivan, Darrell E. | 07/06/1958 | AL | Northern District of Alabama | No | Yes | No | Thyroid Disease, Thyroid Cancer, High Cholesterol | Counts I-XI |
| 43. | Stuart, Natalie R. | 09/22/1971 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 44. | Stollmeyer, Matthew D. | 11/26/1967 | TN | Western District of Tennessee | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 45. | Stewart, David L. | 06/07/1953 | MO | Western District of Missouri | Yes | Yes | No | Ulcerative Colitis, High Cholesterol, Kidney Disease | Counts I-XI |
| 46. | Stephens, Nicole A. | 11/08/1968 | TX | Eastern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 47. | Stephens, Harlon Wade | | TX | Eastern District of Texas | | | | | Count XI |
| 48. | Steinberg, Arnold Y. | 10/12/1950 | FL | Southern District of Florida | No | Yes | No | Testicular Cancer | Counts I-XI |
| 49. | Steele, Amy Y. | 12/14/1966 | SC | District of South Carolina | No | Yes | No | Thyroid Disease, Pregnancy Induced Hypertension | Counts I-XI |
| 50. | Steele, Terry | | SC | District of South Carolina | | | | | Count XI |
| 51. | Stebbins, Andrew | 01/30/1947 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 52. | Stebbins, Helen | | SC | District of South Carolina | | | | | Count XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|------|-----|-------|----------|---|---|---|-----------|--------|
| 53. | Staggs, Denise OBO Staggs, Ken | 04/18/1958 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 54. | Snow, Tracy Ann | 02/20/1968 | TN | Eastern District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 55. | Smith, Sherman R. | 11/09/1956 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 56. | Smith, Donna | | TX | Southern District of Texas | | | | | Count XI |
| 57. | Smith, Ryan S. | 11/30/1979 | MO | Western District of Missouri | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 58. | Smith, Michael E. | 03/16/1994 | VA | Western District of Virginia | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 59. | Smith, Jaime Rochelle | | VA | Western District of Virginia | | | | | Count XI |
| 60. | Smith, Dy'mond T. | 12/29/2007 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 61. | Slone Sr., Russell D. | 11/20/1953 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 62. | Slone, Sandra K. | | OH | Southern District of Ohio | | | | | Count XI |
| 63. | Singh, Joseph G. | 11/04/1950 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 64. | Sider, Kevin N. | 09/30/1959 | OR | District of Oregon | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer, Bladder Cancer | Counts I-XI |
| 65. | Sherman, Annette | 09/13/1964 | TX | Western District of Texas | Yes | Yes | No | Liver Cancer, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 66. | Selner, Shirley A. OBO Selner, Leroy J. | 11/16/1943 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer, Testicular Cancer, Liver Cancer | Counts I-XI |
| 67. | Seabolt, Patsy A. OBO Seabolt, David A. | 07/12/1950 | WV | Southern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Seabolt, Patsy Ann | | WV | Southern District of West Virginia | | | | | Count XI |
| 69. | Scott, Ivory | 07/26/1990 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 70. | Scott-Ball, Shawna R. | 07/08/1986 | OR | District of Oregon | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 71. | Schroering, Craig M. | 10/22/1980 | TX | Northern District of Texas | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 72. | Saxon, Ronald S. | 05/12/1961 | WY | District of Wyoming | Yes | Yes | No | Thyroid Disease | Counts I-XI |
| 73. | Hart, Teri | | WY | District of Wyoming | | | | | Count XI |
| 74. | Rowe, Eugene P. | 03/17/1954 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer, Testicular Cancer, High Cholesterol | Counts I-XI |
| 75. | Rosenau, Van A. | 05/15/1952 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 76. | Rose, Elliot C. | 12/21/1971 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 77. | Brown, Samuel | | TX | Northern District of Texas | | | | | Count XI |
| 78. | Rodriguez, Alberto T. | 12/02/1943 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 79. | Rodriguez, Mary | | TX | Northern District of Texas | | | | | Count XI |
| 80. | Rodriguez-Lujan, Therese | 09/08/1965 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 81. | Rodriguez Jr., Rodrigo | 07/06/1969 | TX | Southern District of Texas | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 82. | Robinson, Naida E | 09/13/1958 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Robinson-Adair, Mary O. | 07/15/1949 | AL | Middle District of Alabama | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 84. | Richardson, Marcella L. | 03/17/1950 | CA | Eastern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 85. | Reavis, Melissa L. | 11/14/1970 | NC | Middle District of North Carolina | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 86. | Putnam, Kirill G. | 08/08/1970 | LA | Eastern District of Louisiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 87. | Pritchett, William E. Jr. | 05/26/1984 | MO | Eastern District of Missouri | No | Yes | No | Testicular Cancer, Ulcerative Colitis | Counts I-XI |
| 88. | Price, Marla K. | 05/15/1984 | ID | District of Idaho | No | Yes | No | Thyroid Disease | Counts I-XI |
| 89. | Price, Beverly P. | 06/18/1953 | TN | Eastern District of Tennessee | No | Yes | No | Thyroid Cancer, High Cholesterol | Counts I-XI |
| 90. | Prater, Shirley | 08/28/1964 | KY | Eastern District of Kentucky | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 91. | Ponzio, Samuel | 04/28/1951 | TX | Western District of Texas | Yes | No | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 92. | Pinney, Gwendolyn D. | 12/19/1949 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 93. | Peterson, Gail K. | 12/02/1956 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 94. | Patricia Ann Cannon OBO Cannon, Thomas I. | 07/21/1949 | VA | Eastern District of Virginia | No | Yes | No | Liver Cancer, Prostate Cancer | Counts I-XI |
| 95. | Parker, Pamela Joy OBO Parker, George Randall | 11/07/1954 | PR | District of Puerto Rico | Yes | No | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 96. | Oakes, Karen H. | 02/25/1968 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 97. | Oakes, Todd | | WA | Western District of Washington | | | | | Count XI |
| 98. | Noel, Heather S. OBO Noel, James | 08/15/1983 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 99. | Noel, Heather S. | | FL | Southern District of Florida | | | | | Count XI |
| 100. | Nelson-Bounds, Loni A. | 11/23/1980 | MD | District of Maryland | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 101. | Bounds, Michael | | MD | District of Maryland | | | | | Count XI |
| 102. | Mosley, Cynthia | 06/07/1963 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 103. | Mosley, Cassandra | 06/18/1970 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, Thyroid Cancer | Counts I-XI |
| 104. | Moroney, Gary J. | 07/13/1966 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 105. | Moroney, Elizabeth | | TX | Southern District of Texas | | | | | Count XI |
| 106. | Morales, Joseph A. | 05/15/1983 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 107. | Monroe, Michael W. | 03/31/1959 | CA | Central District of California | No | Yes | No | Thyroid Disease, Prostate Cancer | Counts I-XI |
| 108. | Monroe, Patricia | | CA | Central District of California | | | | | Count XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 109. | Mitchell, Marlus T. | 10/04/1964 | SC | District of South Carolina | Yes | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 110. | Mitchell, Darnell | 02/01/1964 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 111. | Miller, Paul D. | 05/09/1969 | GA | Northern District of Georgia | No | Yes | No | Ulcerative Colitis, High Cholesterol, Thyroid Disease | Counts I-XI |
| 112. | Miller, J. A. | 12/27/1951 | NV | District of Nevada | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 113. | Meyers, Melissa J. | 09/21/1984 | PA | Middle District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 114. | Meyers, Gary | | PA | Middle District of Pennsylvania | | | | | Count XI |
| 115. | Meggs, Elaine C. | 08/26/1951 | AL | Southern District of Alabama | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 116. | Medlin, David R. | 08/03/1961 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 117. | McLellan, Alexander K. | 07/20/1973 | PA | Western District of Pennsylvania | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 118. | McGinnis-Weber, Linda | 04/01/1977 | TX | Western District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 119. | Mccollins, Scott | 09/26/1968 | WV | Southern District of West Virginia | No | Yes | No | Ulcerative Colitis, Liver Cancer | Counts I-XI |
| 120. | Martinez, Amy L. | 11/28/1977 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 121. | Martinez, Gilbert | | TX | Northern District of Texas | | | | | Count XI |
| 122. | Manyfield, Lawrence C. | 05/11/1952 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 123. | Maldonato, Paul | 02/21/1972 | CA | Northern District of California | No | Yes | No | Kidney Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 124. | Maben, Tristan D. OBO Murphy, Patricia | 07/26/1950 | TX | Northern District of Texas | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Lopez, Gerardo | 01/22/1969 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 126. | Lopez, Maria I. | | TX | Southern District of Texas | | | | | Count XI |
| 127. | Lopez, Benito | 01/29/1967 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 128. | Littlejohn, Rosemary | 11/07/1957 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 129. | Lipson, Cheryl OBO Lipson, Elizabeth A. | 04/22/1956 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 130. | Layer, Regina K. | 04/06/1964 | AR | Eastern District of Arkansas | No | Yes | No | Thyroid Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 131. | Layer, Robert | | AR | Eastern District of Arkansas | | | | | Count XI |
| 132. | Langston, Gwenda G. | 11/28/1954 | CA | Eastern District of California | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 133. | Krogmire, Christopher L. | 06/07/1973 | LA | Western District of Louisiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 134. | Kostic, John | 07/06/1965 | CA | Central District of California | No | Yes | No | Liver Cancer, Colon Cancer | Counts I-XI |
| 135. | Kostic, Lisa | | CA | Central District of California | | | | | Count XI |
| 136. | Koeller, Gerald F. | 10/18/1952 | WI | Western District of Wisconsin | No | Yes | No | Kidney Cancer | Counts I-XI |
| 137. | Klevemann, Patrick D. | 03/07/1981 | NE | District of Nebraska | Yes | Yes | No | Thyroid Cancer | Counts I-XI |
| 138. | Klassen, Patricia | 01/03/1963 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 139. | Kerr, Tony Allen P. | 11/21/1978 | CO | District of Colorado | No | Yes | No | Kidney Cancer | Counts I-XI |
| 140. | Kelsey, Corlissia D. | 02/07/1958 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 141. | Jubara, John OBO Jubara Tracy | 09/16/1972 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 142. | Jones, Gilbert | 08/26/1958 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 143. | Johnston, Martha | 06/10/1953 | TN | Eastern District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 144. | Johnston, Calvin | | TN | Eastern District of Tennessee | | | | | Count XI |
| 145. | Johnson, Marian J. | 12/25/1952 | GA | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 146. | Johnson Jr., Robert L. | | GA | Northern District of Georgia | | | | | Count XI |
| 147. | Jeffries, Leonard B. | 01/16/1960 | PA | Eastern District of Pennsylvania | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 148. | Jeray, Ronald W. | 02/19/1968 | IA | Southern District of Iowa | No | Yes | No | Thyroid Disease | Counts I-XI |
| 149. | Jeray, Tammy | | IA | Southern District of Iowa | | | | | Count XI |
| 150. | Jelks, Leonard D. | 11/23/1977 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |